NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-370

STATE OF LOUISIANA

VERSUS

MITCHELL JOSEPH BOURGEOIS

**********

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, NO. 102214
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

**********

NED E. DOUCET, JR.
CHIEF JUDGE

**********

Court composed of Ned E. Doucet, Jr., Chief Judge, Billie Colombaro Woodard, and Jimmie C. Peters, Judges.

AFFIRMED.

WOODARD J., dissents, in part, and assigns written reasons.

Peggy J. Sullivan
P. O. Box 2775
Monroe, LA 71207-2775
Counsel for: Defendant-Appellant
        Mitchell Joseph Bourgeois

Jennifer Jones Bercier
P. O. Drawer 1550
Cameron, LA 70631
Counsel for: Appellee
        State of Louisiana

**Cecil R. Sanner**
**P. O. Box 280**
**Cameron, LA 70631**
**Counsel for: Appellee**
      **State of Louisiana**